## DISCIPLINARY DOCKET

**98–1647.   In re Application of Kemp.**
On August 11, 1998, pursuant to Gov.Bar R. I(12)(E), the Board of Commissioners on Character and Fitness filed its Final Report with this court regarding applicant Robert Lawrence Kemp.   In accordance with Gov.Bar R. I(13)(C), the record in this case was filed under seal for sixty days.   On October 6, 1998, applicant filed a motion to seal record and the findings of fact and recommendation of the board.   Upon consideration thereof,

   IT IS ORDERED by the court that the motion be, and is hereby, denied, effective November 10, 1998.

## MISCELLANEOUS DISMISSALS

**98–1616.   State ex rel. Davenport v. Wilkinson.**
Franklin App. No. 98AP–54.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   It appears from the records of this court that appellant has not filed a merit brief, due October 21, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

   IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*